UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LISA HILL | CIVIL ACTION NO. 22-cv-1942 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TELEPERFORMANCE USA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action is dismissed with prejudice for failure to state a claim on which relief may be granted.

The Clerk of Court is ordered to decline to file any civil complaint submitted by Lisa Hill unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___15th___ day of April, 2023.

                                                    ELIZABETH E. FOOTE
                                                UNITED STATES DISTRICT JUDGE